IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAY E. HERRON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:14-cv-2190-N |
| | § | |
| DALLAS COUNTY TX, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

The Court summarily dismisses Plaintiff's claims against Dallas County pursuant to 28 U.S.C. § 1915(e)(2). His excessive force claim against the unnamed officer will proceed and is recommitted to Magistrate Judge David L. Horan for further screening.

SO ORDERED this 17th day of October, 2014

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE